UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL NORBERTO CUELLA GOMEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., DOES 1-10,<br><br>　　　　　　　　　Defendants. | Case No.: 3:22-cv-01773-JAH-DEB<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT**<br><br>**(ECF No. 6).** |

　　　Pending before the Court is Plaintiff Emanuel Norberto Cuellar Gomez and Defendant JP Morgan Chase Bank, N.A.'s joint motion, captioned as a stipulation,[1] stipulating that Plaintiff file a first amended complaint. (ECF No. 6). Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. Accordingly,

　　　1.　Plaintiff shall file and serve a first amended complaint by March 3, 2023.[2]

　　　2.　Defendant shall file a responsive pleading to the amended complaint by April 3, 2023.

---

[1] "Any stipulation for which court approval is sought must first be filed as a 'joint motion.'" CivLR 7.2.b.

[2] Plaintiff's amended Complaint is attached to the joint motion.

1

3. Defendant's motion to dismiss, (ECF No. 5), is denied as moot, and the hearing set for March 15, 2023, at 2:00 p.m. is **vacated**.

**IT IS SO ORDERED.**

DATED: March 1, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE